**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                   Case No.3:88-cr-215-J-12

**ANITA BRYANT FARQUHARSON**

_____

**O R D E R**


This cause is before the Court on the Defendant's pro se "Motion for Sentence

Reduction Pursuant to 18 U.S.C. § 3582(c)(2) ... " (Doc. 1803), filed March 3, 2008.

U.S.S.G. § 1B1.10(b)(2)(C) states that "[i]n no event may the reduced term of imprisonment

be less than the term of imprisonment the defendant has already served." The United

States Probation Office advises the Court that the Defendant was released from

incarceration on October 12, 2007.   Accordingly, a reduction in the Defendant's term of

imprisonment is not authorized under U.S.S.G. § 1B1.10 and the Court will deny her motion

as moot.   Accordingly, it is

**ORDERED AND ADJUDGED**:

That Defendant's pro se "Motion for Sentence  Reduction Pursuant to 18 U.S.C. §

3582(c)(2) ... " (Doc. 1803) is denied as moot.

**DONE AND ORDERED** this _____7th_____ day of March 2008.


_____
HOWELL W. MELTON
United States District Judge


Copies to:    AUSA (Henry)       Defendant, pro se        U.S. Probation  (Owens)